**No. 44055.**—Protest 984394–G of Simon, Healey & Goldstein, Inc. (New York).

Opinion by TILSON, J. The evidence offered clearly established that the merchandise consists of mufflers. On the record presented the claim at 60 percent under paragraph 1209 was sustained.

**No. 44056.**—Protest 328996–G of Lord & Taylor (New York).

Opinion by TILSON, J. On the authority of Abstract 15400 the court dismissed the protest.

**No. 44057.**—Protests 516711–G, etc., of Mabarak Bros. et al. (New York).

Opinion by TILSON, J. On the authority of Abstract 15400 the court dismissed the protests.

**No. 44058.**—Protests 992242–G, etc., of Dernier, Inc., et al. (New York).

Opinion by TILSON, J. On the authority of Abstract 15400 the court dismissed the protests.

**No. 44059.**—Protests 990183–G, etc., of Geo. A. Gould et al. (New York).

Opinion by TILSON, J. On the authority of Abstract 15400 the court dismissed the protests.

**No. 44060.**—Protest 676964–G of Universal Carloading & Distributing Co. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Penn* (27 C. C. P. A. 242 C. A. D. 93) the claim at 90 percent under paragraph 1529 (a) was sustained.

**No. 44061.**—Protest 15634–K of Irving W. Rice Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of atomizers similar to those the subject of *Rice* v. *United States* (T. D. 49373). The claim at 40 percent under paragraph 339 was therefore sustained.